Exhibit A

P-653
Anthony A. Lenza, Jr., Esq.
Amabile & Erman, P.C.
1000 South Avenue
Staten Island, NY 10314
alenza@amabile-erman.com
(718)370-7030
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
for the
DISTRICT OF NEW JERSEY

------------------------------------X
DANIEL TRIPO,

          CIVIL NO. 11-2050-FLW-DEA
   Plaintiff,

 -against-        **AFFIDAVIT**

ROBERT WOOD JOHNSON MEDICAL CENTER,
SYLVIANA BARSOUM, M.D., RENU CHHOKRA,
M.D., and ARLEEN LAMBA, M.D..

   Defendants.
------------------------------------X

 Daniel Tripo, of full age, having been duly sworn, upon his oath, says:

  1. I am the plaintiff in this matter.

  2. On January 6, 2010, I was seriously injured in a motor vehicle accident in New Jersey and was taken by ambulance to Robert Wood Johnson Medical Center where I was admitted until January 14, 2010. During the admission, I was diagnosed with a fracture of my sternum and underwent surgery under general anesthesia on January 12, 2010 at Robert Wood Johnson Medical Center. During surgery, I was awake but paralyzed and was aware of the surgery which was terrifying and painful. My eyes were closed during the surgery and therefore could not see the doctors

who were present in the operating room. Following surgery, I reported to the medical staff that I was awake during the surgery and felt pain related thereto.

  3. At no time during said admission or any time subsequent thereto did any of the attending physicians and/or residents at Robert Wood Johnson Medical Center advise me that they were employed by the State of New Jersey or the University of Medicine and Dentistry of New Jersey. I also do not recall seeing any attending physicians and/or residents wearing any ID cards identifying them as being associated with UMDNJ or University of Medicine and Dentistry of New Jersey. Of course, I could not see during the surgery so there could have been attending physicians and/or residents wearing an UMDNJ ID card present during the surgery who never spoke with me before or after my surgery.

  4. On March 2, 2010, I retained Amabile & Erman, P.C, to investigate a potential medical malpractice case against Robert Wood Johnson Medical Center and the medical providers who rendered anesthesia services to me regarding my surgery on January 12, 2010. At that time, I was unaware of the names of any of the attending physicians and/or residents who provided my anesthesia treatment.

  5. In January 2011, my attorney, Anthony Lenza, Esq., advised me that they secured a copy of the Robert Wood Johnson Medical Center chart after approximately nine months of

requesting my records.

6. In March 2011, my attorney, Anthony Lenza, Esq., advised me that he received an opinion from an anesthesiologist that there existed a probability that defendants were negligent in rendering anesthesia care to me. This was the first time that I learned from any source the names of the individually named defendants and that their treatment caused injury to me.

7. On August 8, 2011, my attorney, Anthony Lenza, Esq., advised me that the defendant anesthesiologists have filed a motion to dismiss my case against them based on the fact that they were employed by the University of Medicine and Dentistry of New Jersey and my attorneys did not file the required Notice of Claim within 90 days of my surgery.

8. As stated above, I did not know I had a viable cause of action until March 2011 and was not aware that the defendant anesthesiologists were employed by the University of Medicine and Dentistry of New Jersey until August 8, 2011.

9. It was my understanding that Robert Wood Johnson Medical Center is a private hospital and therefore I do not believe I should be faulted for not knowing that the defendant anesthesiologists were public employees. My case should also not be prejudiced against any purported public employees who was present but who I could not see during my surgery.

10. I respectfully submit this Affidavit in support of a motion for leave to file a late notice of claim against the individually named defendants.

_____
Daniel Tripo

Sworn to before me this
11 day of August, 2011.

_____
NOTARY PUBLIC

ROBERT J. WALLEN
Notary Public, State of New York
No. 43-4989029
Qualified in Richmond County
Commission Expires November 25, 2013