Exhibit C

1/13/10 Anesthesia F/U.
1845   Pt w/ apparent recall of intra-operative events. Review of Anes Rec rev pt received Versed preop + 50% N2O/50% O2 + 1.5% Isoflorane. Discussed w/ pt Anes anesth amt should b have been adequate. Pt understands — some pts (1:200,000) have recall despite adequate anesth. Told pt in future to inform all anesth providers of recall episode a Pt may need higher anesth doses. Pt seems calm - No apparent axty or nightmares. Psych. consult appreciated. F/U as needed.
                                          Ba——