Exhibit D

# AMABILE & ERMAN, P.C.
ATTORNEYS AT LAW
1000 SOUTH AVENUE
STATEN ISLAND, NEW YORK 10314-3407

TELEPHONE: (718) 370-7030
FAX: (718) 370-3656
WEB SITE: amabile-erman.com

CARL M. ERMAN*
PAUL M. DeCARLO
JEFFREY J. COHEN
EDWARD F. HUMPHRIES***
IRENE P. ZIEGLER
JOHN A. ORBON
JONATHAN S. ERMAN*
MARC J. FALCONE
ANTHONY A. LENZA, JR.*

FLUTRA LIMANI
STEPHANIE M. BERGER**
VINCENT F. PROVENZANO
NICHOLAS J. LOIACONO*
SHARI D. STEINFELD
FRANK A. DISCIPIO

BROOKLYN OFFICE
26 COURT STREET
SUITE 2801
BROOKLYN, NY 11242-0708
(718) 852-9113
FAX (718) 855-8811

NEW JERSEY OFFICE
CARL M. ERMAN
618 NEWARK AVENUE
ELIZABETH, NJ 07208
(908) 282-0505

ALSO ADMITTED IN
* NEW JERSEY
** NEW JERSEY AND FLORIDA
*** NEW JERSEY AND PENNSYLVANIA

August 9, 2011

Office of The Attorney General
PO Box 080
Trenton, NJ 08625-0080

Department of Treasury
Bureau of Risk Management
PO Box 620
Trenton, NJ 08625
Attn: Tort Claims Unit

**RE: DANIEL TRIPO**
**OUR FILE NO.: P-653**

Dear Sir/Madam:

Enclosed please find a Notice of Claim on behalf of my client, Mr. Daniel Tripo. Kindly forward confirmation of this claim. Thank you for your attention to this matter.

Should you have any questions, please do not hesitate to contact the undersigned.

Sincerely,

ANTHONY A. LENZA, JR.

AAL
Enclosure
cc: Post Polak Goodsell MacNeill & Strauchler, PA
    425 Eagle Rock Avenue, Suite 200
    Roseland, NJ 07068

FOWARD TO: TORT AND CONTRACT UNIT
DEPARTMENT OF THE TREASURY, BUREAU OF RISK MGMT.
PO BOX 620
TRENTON, NEW JERSEY 08625
PHONE: (609) 292-4347

**FORM MUST BE FILED WITHIN 90 DAYS OF THE ACCIDENT OR YOU MAY FORFEIT YOUR RIGHT**

**1. CLAIMANT:**

| TRIPO | DANIEL | |
|---|---|---|
| LAST NAME | FIRST | MIDDLE |

| 165 DRIGGS STREET<br>STATEN ISLAND, NY 10308 | AMABILE & ERMAN, P.C.<br>1000 SOUTH AVENUE<br>STATEN ISLAND, NY 10314 |
|---|---|
| ADDRESS | MAILING ADDRESS IF OTHER THAN ADDRESS |

| 718-370-7030 | ▓▓▓▓▓ | ▓▓▓▓▓ |
|---|---|---|
| Telephone | DATE OF BIRTH | SOCIAL SECURITY NUMBER |

**2. IF NOTICES AND CORRESPONDENCE IN CONNECTION WITH THIS CLAIM ARE TO BE SENT TO A PERSON OTHER THAN CLAIMANT, COMPLETE ITEM #2.**

| AMABILE & ERMAN, P.C. | SAME |
|---|---|
| NAME | MAILING ADDRESS |
| 1000 SOUTH AVENUE<br>STATEN ISLAND, NY 10314 | 718-370-7030 |
| ADDRESS | TELEPHONE |

RELATIONSHIP TO CLAIMANT: ATTORNEY AT LAW [X] OR _____
EXPLAIN RELATIONSHIP

**3. CIRCUMSTANCES REGARDING THE OCCURRENCE OR ACCIDENT.:**

| 1/12/2010 | | ROBERT WOOD JOHNSON MEDICAL CENTER |
|---|---|---|
| DATE | TIME | EXACT LOCATION OF THE OCCURRENCE |

**4. DESCRIBE THE ACCIDENT OR OCCURENCE.**

MEDICAL MALPRACTICE IN PROVIDING ANESTHESIA

ALL PHYSICIANS, RESIDENTS, AND NURSES PRESENT IN THE OPERATING ROOM

6. STATE THE NAMES AND ADDRESSES OF EACH STATE AGENCY OR AGENCIES AND EACH STATE EMPLOYEE WHOM YOU CLAIM CAUSED YOUR DAMAGES OR INJURIES.

SYLVIANA BARSOUM, M.D., 256 New Jersey Avenue, Newfield, NJ 08344;
RENU CHHOKRA, M.D., 34 Tanner Drive, Princeton, NJ 08540;
ARLEEN LAMBA, M.D., 11915 Meadow Vista Way, Clarksville, MD 21029.

These physicians were employed by UMDNJ and are currently represented by Post Polak Goodsell MacNeill & Strauchler, PA, 425 Eagle Rock Avenue, Suite 200, Roseland, NJ 07068 in the action Tripo v. Robert Wood Johnson Medical Center, et al., in the District Court of New Jersey under CIVIL NO. 11-2050-FLW-DEA

7. STATE THE NAME AND ADDRESS OF ALL OTHER PERSONS, COMPANIES OR GOVERNMENTAL AGENCIES WHICH YOU CLAIM ARE RESPONSIBLE FOR YOUR INJURIES OR DAMAGES.

ROBERT WOOD JOHNSON MEDICAL CENTER, ONE ROBERT WOOD JOHNSON PLACE, NEW BRUNSWICK, NJ 08903

8. BRIEFLY DESCRIBE THE INJURIES, DAMAGES AND LOSSES INCURRED BY YOU.

AWAKE BUT PARALYZED DURING SURGERY TO REPAIR MY FRACTURED STERNUM AND EXPERIENCED PAIN AND SUFFERING AND EMOTIONAL DISTRESS

9. THE AMOUNT OF THE CLAIM.   500000

GIVE THE BASIS FOR THE CALCULATION OF THE ABOVE DAMAGES:

PAIN AND SUFFERING DAMAGES DO NO CORRESPOND TO A CALCULATION. TO BE DETERMINED BY A JURY.

I HEREBY CERTIFY THAT THE FOREGOING STATEMENTS MADE BY ME ARE TRUE. I AM AWARE THAT IF ANY STATEMENT MADE HEREIN IS WILLFULLY FALSE OR FRAUDULENT, THAT I AM SUBJECT TO PUNISHMENT PROVIDED BY LAW.

| 8/9/2011 | ANTHONY A. LENZA, JR., ESQ. |
|---|---|
| DATE | CLAIMANT OR PERSON FILING ON BEHALF OF CLAIMANT |