UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DANIEL TRIPO

    Plaintiff(s)

vs.

ROBERT WOOD JOHNSON MEDICAL CENTER, SYLVIANA BARSOUM, M.D., RENU CHHOKRA, M.D., and ARLEEN LAMBA, M.D.

    Defendant(s)

Civil Action Number
3:11-CV-02050-MAS-DEA

**STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for the parties to the above entitled action, that the above action of plaintiff, DANIEL TRIPO, against defendant, ROBERT WOOD JOHNSON UNIVERSITY HOSPITAL s/h/a ROBERT WOOD JOHNSON MEDICAL CENTER, and the same hereby is dismissed, with prejudice, and without costs to any party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: August 6, 2013

Amabile & Erman, P.C.
By: Anthony A. Lenza, Jr., Esq.
1000 South Avenue
Staten Island, NY 10314

Vasios, Kelly & Strollo, P.A.
By: Lauren M. Strollo, Esq.
244 Morris Avenue, Suite 304
Union, NJ 07083

So Ordered this 3rd day of October, 2013